UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-------------------------------------------------------------X

| | |
|---|---|
| UBALDO MISAICO, | 07-CV-4495-AKH |
| Plaintiff, | |
| | **APPEARANCE** |
| - against - | |
| ALAN KASMAN DBA KASCO, *et al.*, | |
| | **ELECTRONICALLY FILED** |
| Defendants. | |

-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York
        October 3, 2007

DICKSTEIN SHAPIRO LLP

By: ___/s/ Judith R. Cohen___
Judith R. Cohen (JC-8614)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501
*Attorney for Defendant*
MERRILL LYNCH & CO., INC.

DOCSNY-271367v01