William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____ X

UBALDO MISAICO

                                             **NOTICE OF THE
                                             BROOKFIELD
                    V.                       PARTIES' ADOPTION OF
                                             AMENDED ANSWER
                                             TO MASTER
                                             COMPLAINT**

ALAN KASMAN DBA KASCO, ET. AL.,
                                             CASE NUMBER: (AKH)
                                             07 CV 4495

_____ X

        PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC

f/k/a WFP Tower A Co. L.P., Brookfield Properties One WFC G.P. Corp. f/k/a WFP

Tower A Co. GP Corp., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., BFP

Tower C Co. LLC,  BFP Tower C MM LLC, and WFP Retail Co. L.P. (collectively the

"Brookfield Parties"), as and for their responses to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in

the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to

Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World

Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

        WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October  22  2007

                    Faust, Goetz, Schenker & Blee, LLP

                    By: William J. Smith (WJS-9137)
                    Attorneys for the Brookfield Parties
                    Two Rector Street, 20th Floor
                    New York, NY 10006
                    (212) 363-6900