UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER　　　　21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
UBALDO MISAICO

　　　　　　　　　　　　Plaintiff,　　　　Index No.: 07 cv 4495

　　　-against-

　　　　　　　　　　　　　　　　　　　　**NOTICE OF**
RELATED BPC ASSOCIATES, INC.,　　　　**APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,　　　　**ELECTRONICALLY**
THE RELATED REALTY GROUP, INC. and　**FILED**
LIBERTY VIEW ASSOCIATES, L.P.,

　　　　　　　　　　　　Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:　　　New York, New York
　　　　　　January 23, 2008


　　　　　　　　　　　　　　　　　　　LONDON FISCHER LLP

　　　　　　　　　　　　　By:　　　_____
　　　　　　　　　　　　　　　　　　Gillian Hines Kost (GK-2880)
　　　　　　　　　　　　　　　　　　59 Maiden Lane
　　　　　　　　　　　　　　　　　　New York, New York 10038
　　　　　　　　　　　　　　　　　　Phone: (212) 972-1000
　　　　　　　　　　　　　　　　　　Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance