UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------------------------------x

UBALDO MISAICO,                                                    07CV4495

                                      Plaintiffs,        ANSWER TO
                                                                   AMENDED
                                                                   COMPLAINT

- against -

AJ GOLDSTEIN & CO., ALAN KASMAN DBA
KASCO, ALAN L. MERRIL, ANN TAYLOR
STORES CORPORATION, BANKERS TRUST
COMPANY, BATTERY PARK CITY
AUTHORITY, BETTY JEAN GRANQUIST,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD
OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
BT PRIVATE CLIENTS CORP., CAROL
GAYNOR TRUST, CAROL GAYNOR, AS
TRUSTEE OF THE CAROL GAYNOR TRUST,
CAROL MERRIL GAYNOR, CITY WIDE
ADMINISTRATIVE SERVICES,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR,
INC., FRED GOLDSTEIN, GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HARLAND GAYNOR, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HAROLD G.
GOLDSTEIN, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HERMAN L.
BLUM, AS TRUSTEE UNDER THE LAST WILL
AND TESTAMENT OF LOUIS W. GOLDSTEIN,
HILLMAN ENVIRONMENTAL GROUP, LLC..

HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LIBERTY VIEW ASSOCIATES, L.P., MANUFACTURERS HANOVER TRUST COMPANY, MARGARET G. WATERS, MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY, MERRILL LYNCH & CO, INC., NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, RY MANAGEMENT CO., INC., RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, RUTH G. LEBOW, RY MANAGEMENT, SABINE ZERARKA, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SYLVIA R. GOLDSTEIN, THE BANK OF NEW YORK TRUST COMPANY NA, THE RELATED COMPANIES, LP, THE RELATED REALTY GROUP, INC., TISHMAN INTERIORS CORPORATION, TOSCORP INC,, TUCKER ANTHONY, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFPTOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER

D HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP TOWER D.
CO., L.P., ET AL

                        Defendants.
------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       April 1, 2008

                        Yours, etc.

                        FRIEDMAN, HARFENIST, LANGER & KRAUT
                        Attorneys for Defendant –Envirotech
                        3000 Marcus Avenue, Suite 2E1
                        Lake Success, New York 11042
                        (516) 775-5800

                        BY: _____
                            Heather L. Smar (4622)